IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE E. PINTO, JR., | Civil Action |
| Plaintiff, | No. 17-2046 (JBS-AMD) |
| v. | |
| CAMDEN COUNTY CORRECTIONAL FACILITY, et al., | **MEMORANDUM OPINION** |
| Defendants. | |

**SIMANDLE, Chief District Judge**

Plaintiff Jose E. Pinto, Jr., seeks to bring this civil action without prepayment of fees or security. Docket Entry 1-2.

Plaintiff's *in forma pauperis* is blank. Plaintiff must either submit a completed *in forma pauperis* application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

| | |
|---|---|
| **April 13, 2017** | **s/ Jerome B. Simandle** |
| Date | JEROME B. SIMANDLE |
| | Chief U.S. District Judge |